JS-6

1  Monica Perales
   Attorney at Law: 297739
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Juan Cedillo
6

7

8                    **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9                         **WESTERN DIVISION**

10  JUAN CEDILLO,                        ) Case No.: 2:13-cv-09059-DTB
                                         )
11                                       ) (~~PROPOSED~~) ORDER OF
                Plaintiff,               ) DISMISSAL
12                                       )
          vs.                            )
13  CAROLYN W. COLVIN, Acting            )
    Commissioner of Social Security,     )
14                                       )
                                         )
15              Defendant.               )
                                         )
16  _____

17

18        The above captioned matter is dismissed with prejudice, each party to bear

    its own fees, costs, and expenses.
19
          IT IS SO ORDERED.
20
    DATE:    August 20, 2014
21
                                         _____
22                                       THE HONORABLE DAVID T. BRISTOW
                                         UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-1-